# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES ) | |
| AND EXCHANGE COMMISSION, ) | |
|     Plaintiff, ) | |
| ) | Case No. 15-00819-CV-W-GAF |
| vs. ) | |
| ) | |
| JOHN CLIFFORD WILLIAMS, ) | |
|     Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS HEREBY ORDERED** that the Motion by Plaintiff Securities and Exchange Commission is GRANTED against Defendant John Clifford Williams.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant John Clifford Williams ("Defendant" or "Williams"), and his agents, servants, employees, attorneys, and all persons in active concert or participation with him who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant Williams officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant Williams or with anyone described in (a).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Williams, and his agents, servants, employees, attorneys, and all persons in active concert or participation with him who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] by, in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant Williams' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant Williams or with anyone described in (a).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Williams shall pay disgorgement of $3,148,308, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $128,104.68, for a total of $3,276,412.68. Defendant shall satisfy this obligation by paying $3,276,412.68 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Defendant Williams may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at

http://www.sec.gov/about/offices/ofm.htm. Defendant Williams may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; John Clifford Williams as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant Williams shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant Williams relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant Williams.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant Williams shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Williams shall pay a civil penalty in the amount of $ 150,000.00 to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant Williams shall make this payment within 14 days after entry of this Final Judgment.

Defendant Williams may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant Williams may also pay by certified check,

bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; John Clifford Williams as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant Williams shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant Williams relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant Williams. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant Williams shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment.

| | |
|---|---|
| December 15, 2015 | Paige Wymore-Wynn |
| Dated | Acting Clerk of Court |
| December 15, 2015 | /s/ Terri Moore |
| Entered | (by) Deputy Clerk |